

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Miguel ESPINOZA,<br><br>　　　　　　Defendant. | Magistrate Case No. '21 MJ04081<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about October 11, 2021, within the Southern District of California, Defendant Miguel ESPINOZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Mario CALDERON-Aguilar, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainants' states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th of October 2021.

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Mario CALDERON-Aguilar is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimonies are material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 11, 2021, at approximately 1:54 A.M., Miguel ESPINOZA (Defendant), a United States citizen, applied for entry into the United States from Mexico at the San Ysidro, California Port of Entry vehicle primary lanes as the driver of a 2006 Honda Accord bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a California Driver License as his entry document, and said he was going to El Cajon, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle's trunk, pulling the felt cover panel between the rear bench seat and the trunk, and discovered one male concealed within. The CBP Officer secured the Defendant and escorted him to the security office. The vehicle was driven to secondary inspection for further examination.

In secondary, CBP Officers opened the trunk, moved a speaker box, and removed the felt covered panel securing the male individual within the modified trunk/rear seat compartment. The male individual was later identified as Mario CALDERON Aguilar (Material Witness), determined to be a citizen of Mexico without documents to enter the United States and is now held as Material Witness (MW).

Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted to smuggling the undocumented person into the United States from Mexico concealed in his vehicle. Defendant stated he was smuggling the undocumented person as a favor for a friend and was going to be paid an undisclosed amount. Defendant stated he was taking the undocumented person to Los Angeles, California.

During videotaped interview, Material Witness admitted he is a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated he made the smuggling arrangements with the Defendant in Mexico for a smuggling fee of $9,000 U.S. dollars to be paid upon successful entry. Material Witness stated he was going to Los Angeles, California to reunite with his family. Material Witness was shown a photographic lineup and identified the Defendant as the person with whom he made smuggling arrangements for $9,000 U.S. dollars.